# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2111 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 89 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 25123 |
| ROBERT A. KRUG, | : | |
| Respondent | : | (York County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 30th day of December, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated October 21, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Robert A. Krug is suspended on consent from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.